283 F.2d 519
 KASON ELECTRIC CO.
v.
GENERAL ELECTRIC CO.
GENERAL ELECTRIC CO.
v.
KASON ELECTRIC CO.
 Nos. 16436, 16441.
 United States Court of Appeals Eighth Circuit.
 Sept. 6, 1960.
 
 Appeals from the United States District Court for the Western District of Missouri.
 Milton A. Abrams and Leo L. McCormick, Kansas City, Mo., for Kason Electric Co.
 George H. Gangwere, Kansas City, Mo., for General Electric Co.
 PER CURIAM.
 
 
 1
 Appeal from District Court dismissed for want of prosecution.